**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| TRINITY GROUP CONSTRUCTION INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Civil Action No. 05-0813 |
| INTERNATIONAL BONDING & CONSTRUCTION SERVICES, INC., <u>et</u> <u>al</u>., | ) ) ) ) ) |
| Defendants. | ) ) |

**<u>ORDER</u>**

This matter comes before the Court on Defendants International Bonding & Construction Services Inc. (IBCS) and Edmund Scarborough's (Scarborough) Motion to Dismiss or Stay Proceedings, and Defendant The Barber Group, LLC's (Barbour Group) Motion to Stay or Transfer. For reasons stated from the bench, it is hereby

ORDERED that Defendants IBCS and Scarborough's Motion to Dismiss or Stay Proceedings be DENIED, and it is further ORDERED that Defendant Barbour Group's Motion to Stay of Transfer be DENIED.

/S/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 19, 2005